IN THE COURT OF CRIMINAL APPEALS

AT

AUSTIN, TEXAS

*PD-0992-15*

| | | |
|---|---|---|
| ANTWAIN BURKS, Appellant | § | |
| Pro Se | § | Cause No. 14-14-00166-cr |
| | § | |
| vs. | § | MOTION FOR EXTENSION |
| | § | OF TIME TO FILE PETITION |
| State of Texas, Appellee | § | FOR DISCRECTIONARY REVIEW |
| | § | |

FILED IN
COURT OF CRIMINAL APPEALS

AUG 03 2015

Abel Acosta, Clerk

TO THE HONORABLE COURT:

COMES NOW ANTWAIN BURKS, APPELLANT, PRO SE in the above entitled and numbered cause and respectfully presents this his Motion for extension of time to file a petition for discretionary review and in support thereof will show the following:

1. Appellant was notified on July 30, 2015 by his appeal counsel that his conviction had been affirmed by the Fourteenth Court of Appeals in Houston, Texas on July 21, 2015.

2. Appellant tenders to this Honorable Court that he is a layman of the law and not trained in the science of Jurisprudence, legal investigations or legal research, all of which is needed to properly prepare a PDR in this instant offense.

3. With such Appellant respectfully request that he be given additional time to submit his PDR to this Court.

4. Appellant request an additional 30 days or until September 20th, 2015 to file his PDR (Petition for Discretionary Review).

5. Prayer, Appellant prays this Honorable Court grant this Motion for extension fo time to file PDR on this offense, so prayed...

Respectfully _Antwain Burks_

Antwain Burks   1913867